UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARK ELLIOTT FREEMAN, )
                 Plaintiff, )
                               )
v.                                )       **JUDGMENT**
                               )
                               )       No. 5:13-CV-261-BO
                               )
FAYETTEVILLE POLICE      )
DEPARTMENT,                 )
                 Defendant, )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court adopts the Memorandum and Recommendation. Accordingly, the plaintiff's Complaint is hereby DISMISSED in its entirety.

<u>**This Judgment Filed and Entered on June 6, 2013, and Copies To:**</u>

Mark Elliott Freeman (1911 B Wilson Street, Fayetteville, NC, 28305)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| June 6, 2013 | /s/ Macy B. Fisher |
| | (By) Macy B. Fisher, Deputy Clerk |